AO 440 (Rev. 06/12) Summons in a Civil Action

## PROOF OF SERVICE

*(This section should not be filed with the Court unless required by Fed. R. Civ. P. 4(l))*

Case No. 2:23-cv-11111-MAG-APP

This summons for *(name of individual and title, if any)* **David Allen Capital, Inc**
was received by me on *(date)* **5-11-2023**

[ ] I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

[ ] I served the summons on *(name of individual)* **David Rutz**, who is
designated by law to accept service of process on behalf of *(name of organization)*
**David Allen Capital, Inc** on *(date)* **5-15-2023** ; or

[ ] I returned the summons unexecuted because _____ ; or

[ ] Other: *(specify):* _____

My fees are $ **65.00** for travel and $ _____ for services, for a total of $ **65.00**.

I declare under the penalty of perjury that this information is true.

Date: **5-17-2023**

*Server's Signature* Thomas Glenfield

*Printed Name and Title* **Thomas Glen Field - MI Court Officer**

*Server's address* **4656 Desert Bridge Ct Highland MI 48356**

Additional information regarding attempted service, etc.: