UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Terry Fabricant ,

                Plaintiff(s),

v.                                        Case No. 2:23−cv−11111−MFL−EAS
                                        Hon. Matthew F. Leitman

David Allen Capital, Inc.,

                Defendant(s),

**NOTICE OF REMOTE MOTION HEARING**

PLEASE TAKE NOTICE that a remote hearing has been scheduled before District Judge Matthew F. Leitman for the following motion(s):

        Motion for Default Judgment – #17
        Motion to Certify Class – #18

- MOTION HEARING:  June 21, 2024 at 01:00 PM

The public may access the audio proceedings with the following connection information.

**PHONE NUMBER:**  (646) 828−7666
**MEETING ID:**     160 918 9599

Attorneys and parties required to attend the hearing will be sent connection information in a separate email.

                                            By: s/Holly A Ryan
                                                   Case Manager

Dated:  June 4, 2024