UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TERRY FABRICANT,

    Plaintiff,                                      Case No. 23-cv-11111
                                                    Hon. Matthew F. Leitman

v.

DAVID ALLEN CAPITAL, INC.,

    Defendant.

_____/

### ORDER ON PLAINTIFF'S RENEWED MOTION FOR DEFAULT JUDGMENT (ECF No. 30)

This matter having come before the Court on Plaintiff's Renewed Motion for Default Judgment (ECF No. 30), and on the stipulation of the parties (*see* ECF No. 33), the Court having considered the arguments therein and being duly advised, hereby finds and orders as follows:

1. The Motion is **GRANTED**.

2. Judgment is hereby entered against David Allen Capital, Inc. in the amount of one thousand five hundred dollars ($1,500 USD).

3. Additionally, David Allen Capital, Inc. (and all of its owners, agents, and affiliates) are hereby **ORDERED** to cease any and all telemarketing activities which feature an artificial or pre-recorded voice. David Allen Capital, Inc. is further **ORDERED**

to instruct all of its agents and affiliates of this Order within ten (10) days.

**IT IS HEREBY ORDERED**, **ADJUDGED**, **AND DECREED** that judgment be entered in favor of Plaintiff and that this case be dismissed in its entirety effective on the date of this Order. The Parties shall bear his or its own fees and costs, unless otherwise ordered.

**IT IS SO ORDERED**.

s/Matthew F. Leitman  
MATTHEW F. LEITMAN  
UNITED STATES DISTRICT JUDGE

Dated:  April 2, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 2, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan  
Case Manager  
(313) 234-5126
